# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA DUNPHY, | ) |
|             Plaintiff, | ) Case No. 2:17-CV-00050-RFB-GWF |
| vs. | ) **ORDER** |
| ALASKA AIRLINES, INC., | ) |
|             Defendant. | ) |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 2) dated January 6, 2017, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 2) no later than **February 6, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge