# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA DUNPHY, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-00050-RFB-GWF<br>) |
| vs. | ) **ORDER TO SHOW CAUSE**<br>) |
| ALASKA AIRLINES, INC., | )<br>) |
| Defendant. | )<br>) |

This matter was referred to the undersigned magistrate judge to conduct an early neutral evaluation conference ("ENE") under Local Rule 16-6, which was set for Wednesday, March 8, 2017, at 8:30 a.m. (Order (ECF No. 9).) The order setting the ENE required all individual parties to be present in person and stated that a request for exemption from the personal attendance requirement had to be submitted to the court at least 14 days before the ENE. (*Id.* at 1.) The order advised the parties that failure to comply with the order would result in sanctions under Local Rule IA 11-8 or Rule 16(f) of the Federal Rules of Civil Procedure. (*Id.* at 2.) Plaintiff Theresa Dunphy failed to appear for the ENE on March 8, 2017, though her attorney was present. Plaintiff did not request an exemption from the personal attendance requirement.

IT IS THEREFORE ORDERED that on or before March 30, 2017, Plaintiff Theresa Dunphy must show cause, in writing, why she should not be sanctioned for failure to comply with the court's order (ECF No. 9) requiring her to attend the ENE.

IT IS FURTHER ORDERED that Plaintiff Theresa Dunphy must appear for a show cause hearing on Thursday, April 6, 2017, at 2:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Theresa Dunphy's failure to file a show cause brief and/or to appear at the show cause hearing will result in the imposition of sanctions under Local Rule IA 11-8 and/or Rule 16(f) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that Plaintiff's attorney must serve this order on Plaintiff and file proof of that service by March 24, 2017.

DATED: March 20, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge