ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

CAMILO ECHAVARRIA, ESQ. (Admitted *Pro Hac Vice*)
camiloechavarria@dwt.com
JIBRAUN RIAZ (Admitted *Pro Hac Vice*)
jibraunriaz@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017
Telephone:  213.633.6800
Facsimile:   213.633.6899

*Attorneys for Defendant Alaska Airlines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA DUNPHY,<br><br>        Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., an Alaska Corporation; ROE business organizations I-X and DOES I-X,<br><br>        Defendant. | CASE NO.:  2:17-cv-00050-RFP-GWF<br><br>(Clark County District Court<br>Case No. A-16-747048-C)<br><br>**PLAINTIFF AND DEFENDANT'S STIPULATION REGARDING DISCOVERY AND RULE 26 INITIAL DISCLOSURES**<br><br>**(FIRST REQUEST)** |

This Stipulation is entered by and between Plaintiff Theresa Dunphy ("Plaintiff"), on the one hand, and Defendant Alaska Airlines, Inc. ("Defendant"), on the other hand, by and through their respective counsel of record.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiff has granted Defendant an extension of time to respond to Plaintiff's Requests for Production of Documents, Set One ("RFP1"). Defendant's responses to RFP1 are now due on June 19, 2017;

019462\0001\15566051.3                          1

2. Defendant has granted Plaintiff an extension of time to respond to Defendant's RFP1 and Special Interrogatories, Set One ("SROG1"). Plaintiff's responses to SROG1 and RFP1 are now due on July 3, 2017; and

3. Plaintiff and Defendant have agreed to a mutual extension on the deadline for the parties to exchange Fed. R. Civ. P. Rule 26 Initial Disclosures. The agreed-upon deadline, as reflected in the Stipulated Discovery Plan and Scheduling Order, is April 10, 2017.

DATED this 30th day of March, 2017.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KEMP & KEMP |
|---|---|
| BY: */s/ Emily A. Ellis*<br>ADAM K. BULT, ESQ., NV Bar No. 9332<br>abult@bhfs.com<br>EMILY A. ELLIS, ESQ., NV Bar No. 11956<br>eellis@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 | By: */s/ James P. Kemp*<br>JAMES P. KEMP, ESQ., NV Bar No. 006375<br>VICTORIA L. NEAL, ESQ.,<br>NV Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>(702) 258-1183 |
| CAMILO ECHAVARRIA, ESQ.<br>(Admitted *Hac Pro Vice*)<br>camiloechavarria@dwt.com<br>JIBRAUN RIAZ<br>(Admitted *Pro Hac Vice*)<br>jibraunriaz@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA  90017 | *Attorneys for Plaintiff Theresa Dunphy* |

*Attorneys for Defendant Alaska Airlines, Inc.*

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
The Honorable George Foley, Jr.

Dated: 3/31/2017

019462\0001\15566051.3        2