# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THERESA DUNPHY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　)　　Case No. 2:17-CV-00050-RFB-GWF
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　　)
ALASKA AIRLINES, INC.,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　)
_____)

　　　　　This matter is before the Court on James P. Kemp, Esq. and Victoria Neal, Esq.'s Motion to Withdraw as Counsel for Plaintiff Dunphy (ECF No. 26), filed on March 20, 2017. To date, no party has filed an opposition to this motion and the time for response has now expired. Also before the Court is the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 33), filed on March 28, 2017. The Court conducted a hearing in this matter on April 3, 2017 and the Court conducted a status conference on May 5, 2017.

　　　　　Plaintiff's counsel requests leave to withdraw as counsel pursuant to Local Rule IA 11-6 due to communication difficulties with their client. As discussed during the May 5, 2017 status conference, Plaintiff's counsel will seek appointment of a guardian ad litem and if a guardian ad litem is appointed, James P. Kemp, Esq. and Victoria Neal, Esq. will remain as counsel for Plaintiff. Accordingly,

　　　　　**IT IS HEREBY ORDERED** that James P. Kemp, Esq. and Victoria Neal, Esq.'s Motion to Withdraw as Counsel for Plaintiff Dunphy (ECF No. 26) is **denied**, without prejudice.

　　　　　**IT IS FURTHER ORDERED** that Plaintiff's counsel shall file a status report by **June 5, 2017** if a motion for appointment of guardian ad litem is not filed within 30 days.

　　　　　**IT IS FURTHER ORDERED** that discovery is hereby **stayed** pending the appointment of

a guardian ad litem.  The parties shall file their proposed discovery plan and scheduling order fourteen (14) days after a ruling on the appointment of a guardian ad litem.

DATED this 5th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge